# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA MAYO AND BILLY RAY
MAYO

VERSUS

RIDGEBACK, L.L.C., MICHAEL
DAVIS, AUTO OWNERS INSURANCE
CO., STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO. AND
XYZ INSURANCE CO.

NO.   2021 CW 0364

**JUNE 7, 2021**

---

In Re:    Scottsdale Insurance Company, applying for supervisory
          writs,  21st  Judicial  District  Court,  Parish  of
          Livingston, No. 156018.

---

**BEFORE:    WHIPPLE, C. J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**

    **Chutz, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
    FOR THE COURT